modified, affirmed, without cost of this appeal to either party.

WILLIAMS, J., dissents, on the ground that under the facts of this case the granting of an open commission was an improper exercise of discretion, and the order should be reversed and the motion denied.

JAMES v. LIBBY, McNEIL & LIBBY. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by William James against Libby, McNeil & Libby. No opinion. Motion denied, with $10 costs.

JAMES T. WHITE & CO., Appellant, v. MOOT, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by James T. White & Co. against Adelbert Moot. E. S. Benedict, for appellant. C. V. Nellany, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Louise Johnson against the city of New York, the Automobile Club of America, Albert R. Shattuck, and others. No opinion. Reargument ordered, and case set down for June 7, 1905.

JOHNSON, Appellant, v. THOMPSON–STARRETT CO., Respondent. (Supreme Court, Appellate Division, Second Department, April 28, 1905.) Action by John P. Johnson against the Thompson-Starrett Company. No opinion. Appeal dismissed by default, with costs.

JOHNSTON, Respondent, v. LONG ISLAND INV. & IMP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by George B. Johnston against the Long Island Investment & Improvement Company. No opinion. Judgment, so far as appealed from, affirmed, with costs.

JONES v. FUCHS et al. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by William G. Jones against Frederick Waldemar Fuchs and others. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Respondent, v. MENDHAM, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Spencer Jones, an infant, by Mary Jones, his guardian ad litem, against Maurice B. Mendham. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

KAMINSKY v. SCHENKEL. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Paul M. Kaminsky against Jacob Schenkel. No opinion. Motion denied, with $10 costs.

KEANE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by William Keane against the Brooklyn Heights Railroad Company.

PER CURIAM. Order of the County Court of Kings county modified, by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order. On failure to comply with these conditions, the order is reversed, and judgment unanimously directed on the verdict, with costs, and with costs of this appeal.

KELLER, Respondent, v. KELLER, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Annie L. Keller against Augustus R. Keller. A. Beekmann, for appellant. C. W. Lefler, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on opinion in Keller v. Keller, 100 App. Div. 325, 91 N. Y. Supp. 528.

VAN BRUNT, P. J., and McLAUGHLIN, J., dissent.

KELLER v. KELLER. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Annie L. Keller against Augustus R. Keller. No opinion. Motion denied.

KELLY, Respondent, v. FRONTIER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Theresa Kelly, an infant, by James E. Kelly, her guardian ad litem, against the Frontier Telephone Company. No opinion. Judgment and order affirmed, with costs.

KENSINGTON NAT. BANK, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by the Kensington National Bank against Charles T. Henry. No opinion. Judgment affirmed, with costs.

KENT, Appellant, v. LEWIS, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Frederick G. Kent against Henry H. Lewis. No opinion. Judgment affirmed, with costs.

KENT, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by James L. Kent, as administrator of John E. Kent, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

KIND, Appellant, v. BLAINE, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Eman-